FILED
January 28, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

03-14-00681-CR

January 21, 2015

Dear Mr. Jeffrey D. Kyle,

With all do respect Sir, I would like to Know if you could get the Court to give me a few Days Extra. The reason I ask is I don't have my Transcript or the Statement of hearing of DNA Motion. Sir, I'm indigent and you will see here in these Motions I filed to my District Court in November 04, 2014.

RECEIVED
JAN 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Sir, I'm trying to line all my Ducks up Because I have one shot at this. Because in my Case identification is a true fact in my Case. the Victim in my Case gave a description of his main attacker as Being a light skin male Between the age of 18-20 years old and at that time I was 31 years old.

Sir, if you can Grant me 20 days to get my Brief together, I would really appreciate it...

#2

Sir, in the State Response Opposing the Applicant's Post-Conviction DNA Testing. Mr Rosemary Lehmberg office asked that my Motion Be Deny Because if you grant it that it would merely muddy the water. To me that Statement tell me one thing, that the State is hiding Something.

In my Case the State is not telling you that they took the shotgun off Albert D. Edwards Case and they Brough it in the Court room as evidence on State Exhibit #22

Sincerely

Robert Lee. Brown

# Amalia Rodriguez-Mendoza
## District Clerk, Travis County
Travis County Courthouse Complex
P.O. Box 679004
Austin, Texas 78767



November 24, 2014

Robert Lee Brown
TDJ#927914
Eastham Unit
2665 Prison Road #1
Lovelady, Texas 75851



Cause Number: 002368

Dear Mr. Brown:

Attached you will find a copy of the Clerk's Record on the cause number listed above.

Supplemental Clerk's Record Volume 1 of 1

Sincerely
Court Clerk

# SUPPLEMENTAL CLERK'S RECORD

## VOLUME 1 of 1

Trial Court No. D-1-DC-00-002368

In the 167TH Judicial District Court of Travis County, Texas
Honorable DAVID WAHLBERG, Judge Presiding

ROBERT BROWN, Appellant

Vs.

### THE STATE OF TEXAS

APPEALED to the Court of Appeals for the
Third Supreme Judicial District of Texas, at Austin, Texas.

<u>Appellate Attorney for Appellant:</u>
**PRO SE**

, Texas
Telephone No.: ( )
Fax No.: ( )
State Bar No.:

<u>Appellate Attorney for State:</u>
**MS. ROSEMARY LEHMBERG**, District Attorney
Travis County, Texas
P.O. Box 1748
Austin, Texas 78767
Telephone No.: (512) 854-9400
Fax No.: (512) 854-9789

DELIVERED to the Court of Appeals for the Third Supreme Judicial District of Texas, at Austin, Texas, on the 20th day of November, 2014.

AMALIA RODRIGUEZ-MENDOZA
District Clerk, Travis County, Texas



By:_____
Jessica Contreras, Deputy

Court of Appeals Cause No. 03-14-00681-CR

FILED in the Court of Appeals for the Third Supreme Judicial District of Texas, at Austin, Texas this day of _____, _____.

JEFFREY D. KYLE, Clerk

By: _____ ,Deputy

1

INDEX

| FILED DATE | DOCUMENT DESCRIPTION | DOCUMENT CATEGORY | PAGE |
|---|---|---|---|
| | Appeals Cover Page | Appeal Cover Page | 1-1 |
| | Index | Index | 2-2 |
| 11/20/2014 | NOTICE OF APPEAL | NOTICE OF APPEAL | 3-6 |
| | Clerks Record Page | Clerks Record | 7-7 |

"Copy"

2

In The 167th Judicial Court Of

Travis County, Texas

Cause No. D-1-DC-00-002368

Court of Appeals No. 03-14-00681-CR

ROBERT.LEE.BROWN,

Defendant Pro. SE/Appellant

VS.

Notice Of Appeal

The State Of Texas

Respondent/Appellee

## DNA Appeal

Notice is hereby given that ROBERT.LEE.BROWN, Defendant Pro. SE, in the above named case, hereby appeal to the Court of Appeals for the Third District Of Texas at Austin, Texas, from an "order Denying Motion to conduct DNA Testing", Entered in this Action on the 4th day of November 2014.

*Robert Lee Brown*

ROBERT.LEE.BROWN #927914

Eastham Unit

2665 Prison Rd. #1

LoveLady, Texas 75851

Appellant Pro.SE

In compliance with Tex.R.App.P.25.1(e) The State Of Texas, is the Respondent/ Appellee in this DNA Appeal. Appeal Court No.03-14-00681-CR.

Filed in The District Court of Travis County, Texas

NOV 20 2014

At 10:33 a m

Amalia Rodriguez-Mendoza, Clerk

(1)

"Copy"

Account Sheet Of Filing Fee In The 167th
District Court Of Travis County, Texas

Motion Of Indigency Filed with original notice of Appeal.

Motion to proceed in forma pauperis on Appeal.

Motion for Appointment of Counsel on Appeal.

Motion for Free Transcript and Statement of Hearing DNA Motion.

Six month print-out of Appellants Inmate Trust Fund Account.



IN The
Court Of Appeals In
The Third District Of Texas
At Austin

ROBERT.LEE.BROWN,
          Appellant Pro. SE

VS.

She State Of Texas,
          Appellee

167th District Court
D-1-DC-00-002368, Of
Travis County, Texas

Appeal Court No.
03-14-00681-CR

## Declaration Of Inability To Pay Cost

(The following declaration is made pursuant to Texas Rules of Civil Practice, and Title 6, Chapter 132, of the Civil Practice and remedies Code).

Now comes ROBERT.LEE.BROWN #927914,and declare that I am unable to pay the cost of the record in this DNA Appeal and requests leave of Court to proceed in forma pauperis in this DNA appeal and would show the Court as follows:

1) I am presently icarceratedat the Eastham Unit of the Texas Department of criminal Justice Correctional Institutions Division, where I am not permitted to earn or handle money.

2) I have no source of income or spousal income.

3) I currently have $0.00 credited to me in the inmate trust fund.

4) During my incarceration in the TDCJ-CID, I have received approximately $40.00 per month as gifts from family and friends.

5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts, and I have received no interest or dividend income from any source.

6) I have no dependants.

7) I have Total debts of approximately $ 0.00.

8) I owe $ 0.00 as restitution.

9) My monthly expenses are approximately $ 40.00

I ROBERT.LEE.BROWN # 927914, being presently confined in the Eastham Unit of the TDCJ-CID, in LoveLady, Houston County,Texas, Verify and declare under penalty of perjury that the foregoing

(+1)

Statement are true and correct on this 44th day of Nevember 2014.

ROBERT.LEE.BROWN #927914

Defendant Pro. SE

## Certification Of Service

This is to certify that a true and correct copy of the foregoing "Declaration of inability to pay cost, was forwaeded by U.S. Mail, postage prepaid, to the below listed on this 4th day of November 2014.

ROBERT.Lee.Brown #927914

Eastham Unit

2665 Prison Rd. #1

LoveLady, Texas 75851

CC: 167th District Court CC/o District Clerk

Travis County Courthouse
P.O. Box 679003
Austin, Texas 78767


District Attoreny Rosemarry Lehmberg
Travis County Courthouse
P.O. box 1748
Austin, Texas 78767


Original: Mr.Jeffrey. D. Kyle Clerk (2)
        Court Of Appeals
        Third District Of Texas
        P.O. Box 12547
        Austin, Texas 78711-2547

(2)

"Copy"

## CLERK'S CERTIFICATE

The State of Texas     §

County of Travis     §

I, AMALIA RODRIGUEZ-MENDOZA, Clerk of the District Courts of Travis County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL at my office in Travis County, Texas this 20TH day of November, 2014.

AMALIA RODRIGUEZ-MENDOZA
District Clerk, Travis County, Texas



Jessica Contreras
Deputy

7

CSINIB01                TEXAS DEPARTMENT OF CRIMINAL JUSTICE              12/16/14
                        TRUST FUND BANKING HISTORY                       09:19:46
                           AS OF 12/15/14 23.03.51

TDCJ-NO 00927914 NAME- BROWN,ROBERT LEE                CURRENT-BAL-        1.17

    DATE    AMOUNT UT TP RPT-PG  CD DESCRIPTION                  SENDEE

                                                        " Copy"

            NO DATA FOR CURRENT MONTH        PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:          OR SID NUMBER:

OR-21-15

Robert Lee Bryson #927914
Latham Unit
2665 Prison Rd. #1
Iowa Park, Texas
75851

Mr. Jeffrey D. Kyle - Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

TEXAS P&DC 75099